# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF TEXAS

United States of America
v.
Yojaira Veronica AGUILON-Lopez

_Defendant_

)
)
)
)
)
)
)

Case No.  EP: 26-M-1946-MAT

Received
MAY – 8 2026
USMS W/TX

El Paso

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Yojaira Veronica AGUILON-Lopez                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1001: On April 28, 2022 the DEFENDANT, Yojaira Veronica AGUILON-Lopez, Knowingly and willfully made materially false statements to U.S. government officials by presenting an altered birth certificate and falsely claiming to be a minor, in violation of 18 U.S.C. § 1001.

The facts are more fully described in the attached affidavit, herein incorporated by reference as Attachment A.

Date:     05/08/2026 at 1:02 p.m.

_____
*Issuing officer's signature*

City and state:     EL PASO, TEXAS

_____
Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*