AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

**FILED**

May 08, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **APV** _____

DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  EP: 26-M-1946-MAT |
| Defendant: Yojaira Veronica AGUILON-Lopez | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ 04/28/2022 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Charge 1: 18 U.S.C. 1001 | knowingly and willfully made materially false, fictitious, and fraudulent statements and representations by presenting a Guatemalan birth certificate containing an altered date of birth to U.S. immigration officials and falsely claiming to be a 17-year-old unaccompanied child, when in fact she was a 21-year-old adult. AGUILON-Lopez made these false statements and representations for the purpose of obtaining immigration benefits, knowing her statements were false and intended to mislead government officials. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jose A. Jurado  Border Patrol Agent
*Printed name and title*

telephonically
Sworn to ~~before me and signed in my presence.~~

Date: _____ 05/08/2026 at 1:02 p.m. _____

_____
*Judge's signature*

City and state: _____ El Paso, Texas _____

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS                                      (

AGUILON-Lopez, Yojaira Veronica


PEPT#


Attachment A


FACTS    (CONTINUED)

I, Jose A. Jurado, am a Border Patrol Agent with the United States Border Patrol assigned to the El Paso Border Patrol Sector. Based on my personal knowledge, information provided by other law enforcement officers, and review of official records, I submit this affidavit in support of a criminal complaint and arrest warrant for Yojaira Veronica AGUILON-Lopez (A# 240898022) for violation of Title 18, United States Code, Section 1001 (False Statements).

In January 2026, the El Paso Border Patrol Sector received credible information from Guatemalan authorities regarding a scheme in which a Guatemalan government official sold authentic birth certificates with falsified dates of birth to adult Guatemalan nationals, enabling them to present themselves as unaccompanied juveniles to U.S. Border Patrol agents with the purpose of avoiding removal from the United States. On April 28, 2022, AGUILON-Lopez presented herself to Border Patrol agents in El Paso, Texas, in the Western District of Texas, claiming to be a 17-year-old unaccompanied child from Guatemala, using a birth certificate with a date of birth of January 2, 2005. She was processed as a juvenile and released into the United States.

Subsequent investigation, including records from the Guatemalan National Registry of Persons, revealed that AGUILON-Lopez's true date of birth is January 2, 2001, making her 21 years old at the time of entry. On May 5, 2026, AGUILON-Lopez was interviewed by Border Patrol and Homeland Security Investigations agents in El Paso, Texas, after being arrested by ICE in Miami, Florida. She was advised of her rights and consented to the interview. During the interview, AGUILON-Lopez admitted that she knowingly obtained an altered birth certificate from a smuggler in Guatemala for approximately $10,000 USD, with the intent to present herself as an unaccompanied child to U.S. officials. She further admitted that she was aware her actions constituted a crime and that she conspired with the smuggler to obtain the altered document for the sole purpose of obtaining immigration benefits reserved for unaccompanied children. AGUILON-Lopez received these services knowing she was an adult and acknowledged that her actions could be considered defrauding the U.S. government.

Based on the foregoing, there is probable cause to believe that Yojaira Veronica AGUILON-Lopez did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Department of Homeland Security, in violation of Title 18, United States Code, Section 1001. I respectfully request that an arrest warrant be issued for Yojaira Veronica AGUILON-Lopez.


Immigration History:
Entered the United States illegally on April 28, 2022 in El Paso, Texas.
Processed as an Unaccompanied minor and released to a family member in Miami, Florida.
Currently has a pending form I-589(Application for Asylum and for Withholding of Removal).

Criminal History:

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

AGUILON-Lopez, Yojaira Veronica

PEPT#

Attachment A

FACTS    (CONTINUED)

Criminal History:
None.